```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 13205
   JUNE E WEBSTER
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5114

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/24/2007 and was confirmed 09/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/12/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED VEHIC    17479.41             .00         674.98
RMI/MCSI                   UNSECURED         5375.00             .00            .00
RESCAP MORTGAGE            CURRENT MORTG        .00              .00            .00
RESCAP MORTGAGE            MORTGAGE ARRE        .00              .00            .00
HOMECOMINGS FINANCIAL      NOTICE ONLY     NOT FILED            .00            .00
HOMECOMINGS FINANCIAL      NOTICE ONLY     NOT FILED            .00            .00
HSBC AUTO FINANCE          UNSECURED       NOT FILED            .00            .00
ADVOCATE CHRIST HOSPITAL   UNSECURED       NOT FILED            .00            .00
ADVOCATE CHRIST HOSPITAL   UNSECURED       NOT FILED            .00            .00
ALLIANCE ONE               UNSECURED       NOT FILED            .00            .00
CENTURY LIQUIDATION INC    UNSECURED          378.52            .00            .00
CITY OF CHICAGO PARKING    UNSECURED          740.00            .00            .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED            .00            .00
FIRST FINANCIAL ASSET MG   UNSECURED       NOT FILED            .00            .00
HSBC CARD SERVICES         UNSECURED       NOT FILED            .00            .00
I C COLLECTION SERVICE     UNSECURED       NOT FILED            .00            .00
MCSI                       UNSECURED       NOT FILED            .00            .00
OFFICE OF TRAFFIC COMPLI   UNSECURED       NOT FILED            .00            .00
SECRETARY OF STATE         UNSECURED       NOT FILED            .00            .00
RESCAP MORTGAGE            NOTICE ONLY     NOT FILED            .00            .00
ROUNDUP FUNDING LLC        UNSECURED          188.74            .00            .00
ROUNDUP FUNDING LLC        UNSECURED          424.86            .00            .00
LORRAINE GREENBERG & ASS   DEBTOR ATTY      3,374.00                           .00
TOM VAUGHN                 TRUSTEE                                           50.02
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
```

PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 13205 JUNE E WEBSTER

```
                               RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                         725.00

PRIORITY                                                       .00
SECURED                                                     674.98
UNSECURED                                                      .00
ADMINISTRATIVE                                                 .00
TRUSTEE COMPENSATION                                         50.02
DEBTOR REFUND                                                  .00
                               ---------------      ---------------
TOTALS                          725.00                      725.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 03/27/08               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 07 B 13205 JUNE E WEBSTER